UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

CHEX SYSTEMS v. MICROBILT CORPORATION     Civil 12-4132

Order of Reassignment

It is on this 27th day of July, 2012

O R D E R E D that the entitled action is reassigned from

JUDGE FREDA L. WOLFSON TO JUDGE MICHAEL A. SHIPP.

                                           S/Jerome B. Simandle
                                      JEROME B. SIMANDLE, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT