IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| MICROBILT CORPORATION, | Case No. 11-18143 (MBK) |
| Debtor. | |
| CHEX SYSTEMS, INC., | Docket No. 3:12-cv-4132-MAS |
| Appellant, | [Appeal of an Order Dated May 17, 2012 Entered by the Honorable Michael B. Kaplan, U.S.B.J. in the United States Bankruptcy Court for the District of New Jersey] |
| v. | |
| MICROBILT CORPORATION, | |
| Appellee. | |

### ORDER GRANTING APPELLEE MICROBILT CORPORATION'S "MOTION TO SEAL MICROBILT'S APPELLATE BRIEF AND APPENDIX"

AND NOW, on this 13th day of September 2012, **THIS MATTER** having come before this Court on the "Motion to Seal MicroBilt's Appellate Brief and Appendix" ("Motion") filed on behalf of Appellee MicroBilt Corporation ("MicroBilt"), and the Court having reviewed the record, having noted the agreement of the parties, and having been duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. MicroBilt has sufficiently alleged and established that the materials to be submitted in connection with the instant appeal include confidential commercial information and other sensitive proprietary information and that all proceedings in the Bankruptcy Court were under seal in accordance with a Protective Order entered with respect thereto.

2. MicroBilt has sufficiently alleged and established that the very Order that Chex Systems, Inc. has appealed from was sealed in the Bankruptcy Court.

3. MicroBilt has sufficiently alleged and established that it would suffer serious injury if pleadings containing its confidential commercial information, and other sensitive proprietary information relative to MicroBilt, that were filed under seal in the Bankruptcy Court, and do not appear on the docket therein, were available on the docket in this District Court appeal taken by Chex.

4. MicroBilt has sufficiently alleged and established that no less restrictive means of protecting the information are available.

5. MicroBilt's Motion is hereby **GRANTED** in its entirety.

6. It is further **ORDERED** that all of the materials contained in any briefs filed on behalf of MicroBilt, and any appendix filed on behalf of MicroBilt submitted therewith, are and shall be **SEALED**.

*/s/ Michael A. Shipp*

**Michael A. Shipp**
**United States District Judge**